IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case: 4:22-cr-00275-WJE |
| v. | ) | |
| | ) | |
| TAYLOR N. MYSZKA | ) | Class B Misdemeanor |
| | ) | |
| Defendant. | ) | |

## INFORMATION

The UNITED STATES ATTORNEY PROVIDES THAT:

1) On or about September 24, 2022, in the Western District of Missouri, on Federal property under the jurisdiction of the Department of Defense, to wit: Whiteman Air Force Base, Missouri, Taylor N. Myszka did commit simple assault, to wit: by striking her husband on the head with her hand, in violation of 18 U.S.C. § 113(a)(5).

Teresa A. Moore
Acting United States Attorney

By:

Jesse S. Hornberger
Special Assistant United States Attorney
509 Spirit Blvd., Suite 203
Whiteman Air Force Base, Missouri 65305
Telephone # 660-687-6809